| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 24-51101-mmp<br>Western District of Texas<br>San Antonio<br>Wed Jul 10 12:12:01 CDT 2024 | Timekeepers Inc.<br>1015 S SCHOOL ST<br>Boerne, TX 78006 | United States Trustee (SMG511)<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | AT&T<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | Advance Servicing Inc.<br>15 Main St<br>Holmdel, NJ 07733-2105 |
| Advantage Business Capital, Inc.<br>d/b/a Far West Capital<br>c/o Teresa Ruiz Schober<br>Schober & Schober, P.C.<br>1611 Nueces Street<br>Austin, Texas 78701-1105 | Amarillo National Bank<br>PO Box 1<br>Amarillo, TX 79105-0001 | American Express<br>PO Box 981531<br>El Paso, TX 79998-1531 |
| Ariel Bouskila<br>1545 Route 202 Suite 101<br>Pomona, NY 10970-2951 | Benz & Klumb Lumber Co. Inc.<br>PO Box 370<br>Jourdanton, TX 78026-0370 | Christopher Benavides<br>1704 Whitewood Drive<br>Laredo, TX 78045-8359 |
| Christopher S. Murphy<br>Asst Attorney General<br>Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | Christopher S. Murphy<br>Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | City of Cotulla<br>117 N Front St<br>Beeville, TX 78104 |
| (p)CLOUDFUND LLC<br>400 RELLA BOULEVARD SUITE 165-101<br>SUFFERN NY 10901-4241 | Comdata<br>PO Box 1239<br>Covington, LA 70434-1239 | Darren Brehmer<br>1015 N. School St<br>Boerne, TX 78006-5902 |
| E Advance Services<br>Joseph Obermeister Esq.<br>370 Lexington Avenue 801<br>New York, NY 10017-6510 | Firstbank Southwest<br>2401 S. Georgia<br>Amarillo, TX 79109-1924 | Fundfi Merchant Funding<br>David Fogel Esq.<br>1225 Franklin Avenue 201<br>Garden City, NY 11530-1890 |
| GVTC<br>PO Box 660608<br>Dallas, TX 75266-0608 | Genuine Tecnicall Services<br>112 E Pecan St 420<br>San Antonio, TX 78205-1541 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| La Salle Oil<br>40 NE Loop 410 410<br>San Antonio, TX 78216-5827 | Les J. Strieber<br>616 E Blanco Rd, Suite 202B<br>Boerne, TX 78006-2192 | Luis Alberto Sandoval<br>2482 Edna Drive<br>Eagle Pass, TX 78852-4438 |
| NewCo Capital Group VI LLC<br>1545 Route 202 Suite 101<br>Pomona, NY 10970-2951 | NewCo Capital Group VI LLC<br>Ariel Bouskila Esq.<br>1545 US 202 101<br>Pomona, NY 10970 | PICO<br>PO Box 1309<br>Del Rio, TX 78841-1309 |

| | | |
|---|---|---|
| Payroll Funding Company (PFC)<br>10956 Viaje Avenue<br>Las Vegas, NV 89135-7923 | Pilot Thomas<br>PO Box 737749<br>Dallas, TX 75373-7749 | Robles Industries, LLC<br>20807 Cape Coral<br>San Antonio, TX 78259-2076 |
| SBA EIDL Loan<br>14925 Kingsport<br>Fort Worth, TX 76155-2243 | STEVEN B. BASS<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 | Scott Sebold<br>43 Looking Up Dr<br>Marshfield, MO 65706-1363 |
| Transworld Leasing Corportation<br>21403 IH-10 West<br>San Antonio, TX 78257-1618 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 | Villa & White LLP<br>100 NE Loop 410 Suite 615<br>San Antonio, TX 78216-4713 |
| Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 | Morris Eugene White III<br>Villa & White LLP<br>100 NE Loop 410 Suite 615<br>San Antonio, TX 78216-4713 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cloudfund LLC
400 Rella Blvd 165-101
Suffern, NY 10901

End of Label Matrix
Mailable recipients    40
Bypassed recipients     0
Total                  40