# Payroll Grand Total $ 289,347.09

| Class | Pay Cycle | Last Name | First Name | Salary | Commission | 1099 Total | Hrly Pay | Reimburse | Deduction | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| RAB | W-2 employees 7-15-24 to 7-28-24 | Fluitt | Shawn | $ 1,923.08 | | | $ - | | $ - | $ 1,923.08 |
| | | Smith | Greg | $ 5,000.00 | | | $ - | | $ - | $ 5,000.00 |
| | | | | | | | | | Grand Total | $ 6,923.08 |
| RAB | W-2 employees 7-29-24 to 8-11-24 | Fluitt | Shawn | $ 1,923.08 | | | $ - | $ 775.00 | $ - | $ 2,698.08 |
| | | Smith | Greg | $ 5,000.00 | | | $ - | $ 1,975.00 | $ - | $ 6,975.00 |
| | | | | | | | | | Grand Total | $ 9,673.08 |
| RAB | W-2 employees 8-12-24 to 8-25-24 | Fluitt | Shawn | $ 1,923.08 | | | $ - | | $ - | $ 1,923.08 |
| | | Smith | Greg | $ 5,000.00 | | | $ - | | $ - | $ 5,000.00 |
| | | | | | | | | | Grand Total | $ 6,923.08 |
| RAB | W-2 employees 8-26-24 to 9-08-24 | Fluitt | Shawn | $ 1,923.08 | | | $ - | $ 775.00 | $ - | $ 2,698.08 |
| | | Smith | Greg | $ 5,000.00 | | | $ - | $ 1,975.00 | $ - | $ 6,975.00 |
| | | | | | | | | | Grand Total | $ 9,673.08 |
| Service/Office/Troy | W-2 Employees 4-22-24 to 5-05-24 | Bingham | Katherine | | | | $ 998.00 | | $ - | $ 998.00 |
| | | Laguna | Ashley | | | | $ 2,869.13 | | $ - | $ 2,869.13 |
| | | Laguna | Larry | | | | $ 1,984.24 | | $ - | $ 1,984.24 |
| | | Odom | Troy | | $ 1,593.33 | | $ 923.20 | | $ - | $ 2,516.53 |
| | | Sambrano | Armando | | | | $ 2,377.24 | | $ - | $ 2,377.24 |
| | | | | | | | | | Grand Total | $ 10,745.14 |
| Service/Office/Troy | W-2 employees 5-06-24 to 5-19-24 | Laguna | Ashley | | | | $ - | | $ - | $ - |
| | | Laguna | Larry | | | | $ - | | $ - | $ - |
| | | Odom | Troy | | $ 831.00 | | $ 923.20 | | $ - | $ 1,754.20 |
| | | Sambrano | Armando | | | | $ - | | $ - | $ - |
| | | | | | | | | | Grand Total | $ 1,754.20 |
| Service/Office/Troy | W-2 Employees 5-20-24 to 6-02-24 | Odom | Troy | | $ 581.70 | | $ 923.20 | | $ - | $ 1,504.90 |
| | | | | | | | | | Grand Total | $ 1,504.90 |
| Service/Office/Troy | W-2 employee 6-3-24 to 6-16-24 Paying commissin only to Troy | Odom | Troy | | $ 79.50 | | $ - | | $ - | $ 79.50 |
| | | | | | | | | | Grand Total | $ 79.50 |

**1099 - L2's**

### 1099 Contractors
### 3-25-24 to 4-07-24

| Last | First | Amount | | Total |
|---|---|---|---|---|
| Byars | Shelia | $ 1,610.00 | | $ 1,610.00 |
| Cano | Jesus | $ 1,203.58 | $ 630.00 | $ 573.58 |
| Castro | Joe | $ 2,310.00 | $ 200.00 | $ 2,110.00 |
| Clyde | Timothy | $ 1,610.00 | | $ 1,610.00 |
| Dilley | Jeff | $ 1,078.98 | $ 50.00 | $ 1,028.98 |
| Esquviel Jr | Jose | $ 990.00 | $ 300.00 | $ 690.00 |
| Goettman | Andrew | $ 1,265.00 | | $ 1,265.00 |
| Goettman | Billy | $ 1,265.00 | | $ 1,265.00 |
| Jarrett | Laura | $ 1,690.00 | | $ 1,690.00 |
| Kasper | Charles | $ 1,490.21 | | $ 1,490.21 |
| Kasper | Regina | $ 1,447.08 | | $ 1,447.08 |
| Lopez | Ricardo | $ 520.00 | $ 100.00 | $ 420.00 |
| Lozano | Juan | $ 260.00 | $ 100.00 | $ 160.00 |
| Marines | Moses | $ 880.00 | $ 130.00 | $ 750.00 |
| Mendoza | Jonathan | $ 994.84 | | $ 994.84 |
| Miles | Darren | $ 1,150.00 | | $ 1,150.00 |
| Miles | Marsha | $ 1,150.00 | $ 100.00 | $ 1,050.00 |
| Miller | Derrell | $ 1,780.00 | $ 400.00 | $ 1,380.00 |
| Mireles | Valeria | $ 1,650.00 | $ 100.00 | $ 1,550.00 |
| Montana | Cayetano | $ 1,485.00 | $ 701.00 | $ 784.00 |
| Muth | Jeremy | $ 280.00 | $ 100.00 | $ 180.00 |
| Raymond | Theodore | $ 2,940.00 | | $ 2,940.00 |
| Raymond | Ursula | $ 280.00 | | $ 280.00 |
| Repp | Cynthia | $ 575.00 | | $ 575.00 |
| Repp | William | $ 575.00 | | $ 575.00 |
| Rodriguez | Santos | $ 990.00 | | $ 990.00 |
| Sanchez | Michelle | $ 1,078.98 | $ 50.00 | $ 1,028.98 |
| Sapp | Mary | $ 2,940.00 | $ 400.00 | $ 2,540.00 |
| Sapp | Steven | $ 280.00 | | $ 280.00 |
| Sebold | Scott | $ 3,320.00 | $ 100.00 | $ 3,220.00 |
| Swain | Lauri | $ 2,940.00 | $ 100.00 | $ 2,840.00 |
| Toscano | Emelina | $ 950.00 | $ 950.00 | |
| Wallace | Benita | $ 1,610.00 | | $ 1,610.00 |
| Wallace | Michael | $ 1,610.00 | | $ 1,610.00 |
| Wilson | Damon | $ 1,300.00 | | $ 1,300.00 |
| | | | **Grand Total** | **$ 42,987.67** |

### 1099 Contractors
### 4-08-24 to 4-21-24

| Last | First | Amount | | Total |
|---|---|---|---|---|
| Byars | Shelia | $ 1,610.00 | | $ 1,610.00 |
| Castro | Joe | $ 1,650.00 | | $ 1,650.00 |
| Clyde | Timothy | $ 1,610.00 | | $ 1,610.00 |
| DeLuna | Alexandra | $ 295.00 | $ 300.00 | $ (5.00) |
| Esquviel Jr | Jose | $ 1,815.00 | | $ 1,815.00 |
| Farmer | Claude | $ 495.00 | | $ 495.00 |
| Goettman | Andrew | $ 1,035.00 | | $ 1,035.00 |
| Goettman | Billy | $ 1,035.00 | | $ 1,035.00 |
| Harrell | Cynthia | $ 276.50 | | $ 276.50 |
| Jarrett | Laura | $ 260.00 | | $ 260.00 |
| Kasper | Charles | $ 1,380.00 | | $ 1,380.00 |
| Kasper | Regina | $ 622.92 | | $ 622.92 |
| Laird | Shawn | $ 495.00 | $ 300.00 | $ 195.00 |
| Loftland | Billy | $ 90.00 | | $ 90.00 |
| Lopez | Ricardo | $ 390.00 | | $ 390.00 |

| Category | Period | Last Name | First Name | Amount | | Total |
|---|---|---|---|---|---|---|
| 1099 L2's | 1099 Contractors 4-22-24 to 5-05-24 | Lozano | Juan | | $ | 390.00 |
| | | Marines | Moses | | $ | 330.00 |
| | | Mendoza | Jonathan | | $ | 121.38 |
| | | Mercado | Brandon | | $ | 165.00 |
| | | Miles | Darren | | $ | 1,610.00 |
| | | Miles | Marsha | | $ | 1,610.00 |
| | | Montana | Cayetano | | $ | 1,320.00 |
| | | Muth | Jeremy | | $ | 180.00 |
| | | Perez | Victor | | $ | 260.00 |
| | | Raymond | Theodore | | $ | 1,470.00 |
| | | Raymond | Ursula | | $ | 140.00 |
| | | Repp | Cynthia | | $ | 1,150.00 |
| | | Repp | William | | $ | 1,150.00 |
| | | Reyna | Humberto | | $ | 130.00 |
| | | Rodriguez | Santos | | $ | 165.00 |
| | | SantosCruz | Juan | | $ | 326.52 |
| | | Sapp | Mary | | $ | 2,100.00 |
| | | Sapp | Steven | | $ | 200.00 |
| | | Sebold | Scott | | $ | 1,996.31 |
| | | Swain | Lauri | | $ | 1,890.00 |
| | | Toscano | Emelina | | $ | 495.00 |
| | | Wallace | Benita | | $ | 690.00 |
| | | Wallace | Michael | | $ | 690.00 |
| | | Williams | Charles | $ 100.00 | $ | 805.00 |
| | | Williams | Marcetla | $ 100.00 | $ | 805.00 |
| | | | | **Grand Total** | **$** | **32,448.63** |
| 1099 L2's | 1099 Contractors 5-06-24 to 5-19-24 | Carver | Ryan | | $ | 293.55 |
| | | Esquivel Jr | Jose | | $ | 495.00 |
| | | Kasper | Charles | | $ | 1,150.00 |
| | | Kasper | Regina | | $ | 1,217.08 |
| | | Ledbetter | Crystal | | $ | 581.63 |
| | | Laird | Shawn | | $ | 1,324.09 |
| | | Marines | Moses | | $ | 183.29 |
| | | Puente | Oscar | | $ | 399.17 |
| | | | | **Grand Total** | **$** | **5,643.81** |
| 1099 L2's | 1099 Contractors 5-20-24 to 6-02-24 | Santa Fe ??? | | | $ | 2,310.00 |
| | | Cardenas | Tito | | $ | 1,300.00 |
| | | | | **Grand Total** | **$** | **3,610.00** |
| 1099 L2's | 1099 Contractors 5-20-24 to 6-02-24 | Cardenas | Tito | | $ | 1,040.00 |
| | | | | **Grand Total** | **$** | **1,040.00** |
| 1099 L2's | 1099 Contractors 5-20-24 to 6-02-24 | Cardenas | Tito | | $ | 360.00 |
| | | | | **Grand Total** | **$** | **360.00** |
| SM employees | W-2 employees 4-01-24 to 4-14-24 | Avila | Nancy | $ 100.00 | $ | 823.78 |
| | | Benavides | Christopher | | $ | 2,674.54 |
| | | Briones | Fidencio | | $ | 699.20 |
| | | Covarrubias | Ruben | | $ | 925.87 |

| Last Name | First Name | Amount | | Adjustment | | Total |
|---|---|---|---|---|---|---|
| Flores | Vianney | $ | 1,381.11 | | $ | 981.11 |
| Gallegos | George | $ | 2,512.66 | 400.00 | $ | 2,112.66 |
| Galnares | Daniel | $ | 2,105.96 | 525.00 | $ | 1,580.96 |
| Garcia | Carlos | $ | 916.37 | | $ | 916.37 |
| Garcia | Hector | $ | 1,446.09 | 100.00 | $ | 1,346.09 |
| Garcia | Irving | $ | 1,907.60 | | $ | 1,907.60 |
| Gomez | Jason | $ | 2,648.32 | 500.00 | $ | 2,148.32 |
| Gonzalez | Jesus | $ | 2,031.86 | | $ | 2,031.86 |
| Gonzalez | Luz | $ | 1,705.25 | | $ | 1,705.25 |
| Guerrero | Jose | $ | 2,127.34 | | $ | 2,127.34 |
| Leyva | Elizabeth | $ | 2,006.21 | | $ | 2,006.21 |
| Medina | Paulina | $ | 1,447.80 | 655.00 | $ | 792.80 |
| Mendez | Victoria | $ | 1,862.86 | | $ | 1,862.86 |
| Montoya | Brandon | $ | 1,646.92 | 100.00 | $ | 1,546.92 |
| Munoz | Jesse | $ | 1,413.60 | 100.00 | $ | 1,313.60 |
| Navejar | Melissa | $ | 1,970.87 | | $ | 1,970.87 |
| Nesmith | Randell | $ | 3,042.19 | | $ | 3,042.19 |
| Nesmith | Roy | $ | 1,884.52 | | $ | 1,884.52 |
| Noordt | Travis | $ | 3,833.06 | 995.00 | $ | 2,838.06 |
| Perales | Shawn | $ | 862.23 | | $ | 862.23 |
| Perez | Carlos | $ | 1,577.00 | | $ | 1,577.00 |
| Ramirez | Rigoberto | $ | 1,235.57 | 400.00 | $ | 835.57 |
| Ramon | Michael | $ | 1,751.14 | 100.00 | $ | 1,651.14 |
| Ramos | Christina | $ | 2,047.82 | | $ | 2,047.82 |
| Rios | Luis | $ | 2,009.06 | | $ | 2,009.06 |
| Rodriguez | Jorge | $ | 2,155.84 | | $ | 2,155.84 |
| Rodriguez | Michael | $ | 456.00 | | $ | 456.00 |
| Roque | Concepcion | $ | 2,165.81 | | $ | 2,165.81 |
| Ruiz | Cristina | $ | 1,180.85 | | $ | 1,180.85 |
| Sanchez | Juan | $ | 2,470.57 | | $ | 2,470.57 |
| Sandoval | Luis | $ | 1,434.03 | | $ | 1,434.03 |
| Santos | Julian | $ | 2,962.39 | 400.00 | $ | 2,562.39 |
| Saucedo | Juan | $ | 1,957.76 | 400.00 | $ | 1,557.76 |
| Uresti | Marilyn | $ | 1,907.89 | 500.00 | $ | 1,407.89 |
| | | | | **Grand Total** | **$** | **63,612.88** |

W-2 employees
4-15-24 to 4-28-24

SM-Employees

| Last Name | First Name | Amount | | Adjustment | | Total |
|---|---|---|---|---|---|---|
| Avila | Nancy | $ | 931.38 | | $ | 931.38 |
| Benavides | Christopher | $ | 3,133.96 | | $ | 3,133.96 |
| Briones | Fidencio | $ | 1,473.83 | | $ | 1,473.83 |
| Covarrubias | Ruben | $ | 909.91 | | $ | 909.91 |
| Flores | Vianney | $ | 1,207.45 | | $ | 1,207.45 |
| Gallegos | George | $ | 1,853.26 | | $ | 1,853.26 |
| Galnares | Daniel | $ | 2,322.56 | | $ | 2,322.56 |
| Garcia | Carlos | $ | 917.70 | | $ | 917.70 |
| Garcia | Hector | $ | 1,716.94 | | $ | 1,716.94 |
| Garcia | Irving | $ | 2,008.78 | | $ | 2,008.78 |
| Gomez | Jason | $ | 1,655.38 | | $ | 1,655.38 |
| Gonzalez | Luz | $ | 1,616.14 | | $ | 1,616.14 |
| Guerrero | Manuel | $ | 230.47 | | $ | 230.47 |
| Guerrero | Jose | $ | 2,009.63 | | $ | 2,009.63 |
| Lara | Josue | $ | 1,632.01 | 400.00 | $ | 1,232.01 |
| Leyva | Elizabeth | $ | 2,720.71 | | $ | 2,720.71 |
| Medina | Paulina | $ | 1,729.76 | | $ | 1,729.76 |
| Mendez | Victoria | $ | 1,973.72 | 100.00 | $ | 1,873.72 |
| Montoya | Brandon | $ | 1,944.08 | | $ | 1,944.08 |

W-2 Employees
4-29-24 to 5-06-24 (Partial cycle)
Last day they worked

| Last Name | First Name | Amount | Adjustment |
|---|---|---|---|
| Munoz | Jesse | $1,401.25 | |
| Navejar | Melissa | $1,737.93 | |
| Nesmith | Randell | $2,040.70 | |
| Nesmith | Roy | $1,774.13 | |
| Noordt | Travis | $2,596.45 | |
| Perales | Shawn | $1,353.36 | |
| Perez | Carlos | $1,099.48 | |
| Ramirez | Rigoberto | $1,499.48 | $400.00 |
| Ramon | Michael | $1,974.58 | |
| Ramos | Christina | $1,707.53 | |
| Rios | Luis | $2,307.17 | |
| Rodriguez | Jorge | $1,731.95 | |
| Roque | Concepcion | $3,530.68 | |
| Ruiz | Cristina | $2,079.74 | |
| Sanchez | Juan | $463.03 | $300.00 |
| Sandoval | Luis | $1,770.52 | |
| Santos | Julian | $1,496.44 | $500.00 |
| Saucedo | Juan | $2,646.04 | |
| Uresti | Marilyn | $2,491.85 | |
| | | $1,651.58 | |
| | | **Grand Total** | **$66,542.01** |

SM - employees

| Last Name | First Name | Amount |
|---|---|---|
| Avila | Nancy | $680.77 |
| Benavides | Christopher | $1,685.87 |
| Covarrubias | Ruben | $489.25 |
| Flores | Vianney | $174.23 |
| Gallegos | George | $678.68 |
| Galnares | Daniel | $673.17 |
| Garcia | Hector | $499.32 |
| Garcia | Irving | $1,021.25 |
| Gomez | Jason | $984.30 |
| Guerrero | Jose | $986.58 |
| Lara | Josue | $1,090.03 |
| Medina | Paulina | $449.73 |
| Mendez | Victoria | $688.37 |
| Muniz | Jorge | $749.55 |
| Montoya | Brandon | $740.43 |
| Munoz | Jesse | $680.01 |
| Nesmith | Randell | $592.23 |
| Nesmith | Roy | $645.62 |
| Noordt | Travis | $1,334.85 |
| Ramirez | Rigoberto | $575.70 |
| Ramon | Michael | $1,899.62 |
| Ramos | Christina | $994.56 |
| Rios | Luis | $1,022.20 |
| Rodriguez | Jorge | $990.00 |
| Roque | Concepcion | $234.65 |
| Sanchez | Juan | $1,312.62 |
| Sandoval | Luis | $1,009.95 |
| Santos | Julian | $1,501.57 |
| Saucedo | Juan | $990.28 |
| Uresti | Marilyn | $450.68 |
| | **Grand Total** | **$25,826.04** |