**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **TIMEKEEPERS INC.** | § | **CASE NO. 24-51101-mmp** |
| | § | **(Chapter 11)** |
| **Debtor** | § | |

**ORDER GRANTING DEBTOR'S SECOND EMERGENCY MOTION FOR**
**AUTHORIZATION TO USE CASH COLLATERAL**

On this day, came to be heard the Debtor's Emergency Motion for Authorization to Use Cash Collateral (the "Application") and appeared the Debtor and requested that the Court authorize that the Debtor be allowed to use the cash collateral of the following creditors (the "Cash Collateral Creditors"):

      a. Advanced Business Capital Inc. d/b/a Far West Capital (amount owed: $29,200.00)[1]
      b. U.S. Small business Administration (amount owed: $1,879,513.00)
      c. Fundi Merchant Funding (amount owed: $162,500.00)
      d. NewCo Capital Group VI LLC (amount owed: $265,180.00)
      e. Cloudfund LLC (amount owed: ($121,420.00)
      f. E Advance Services (amount owed: $178,700.00)
      g. Advance Servicing Inc.(amount owed $60,025.00)

IT IS ORDERED, ADJUDGED and DECREED that the Debtor is authorized to use the cash collateral of the Cash Collateral Creditors to pay the former employees and independent contractors listed on the attached Exhibit "A".

###

Morris E. "Trey" White III
Villa & White LLP
100 NE Loop 410 #615
San Antonio, Texas 78216
treywhite@villawhite.com
Tel: (210)   225-4500
Fax: (210)   212-4649

---

[1] Far West Capital is holding a approximately $208,000 of Debtor's money in a Reserve Account. As such, Far West Capital is over secured.